

| | | |
|---|---|---|
| **SHEILA CARTER O/B/O NICHOLAS CARTER** | * | **CIVIL ACTION NO. 04-1318** |
| **VERSUS** | * | **JUDGE HAIK** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's previous administrative decision is **REVERSED** and this action is **REMANDED** to the Commissioner for further administrative action pursuant to the

fourth sentence of 42 U.S.C. § 405(g).[6] This includes, but does not limit, sending the case to the hearing level with instructions to the Administrative Law Judge to make reasonable efforts to ensure that a specialist in childhood cardiovascular impairments or a qualified pediatrician evaluate claimant's heart impairment. Claimant shall be afforded the opportunity to submit additional evidence and to testify at a supplemental hearing, and the ALJ should call a vocational expert, if necessary.

Lafayette, Louisiana, this 8th day of August, 2005.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE

---

[6] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).